# In the United States Court of Federal Claims

**No. 04-1420T**
**(Filed November 29, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**AMENDED SCHEDULING ORDER**

---

1. A hearing addressing Plaintiffs' Motion <u>in limine</u> to Exclude Testimony and Evidence Which Is Not Relevant or Is Prejudicial and a Waste of Time, Plaintiffs' Motion to Amend their Witness List, and the Motion by the United States to Exclude Plaintiffs' New Exhibits will be held on **December 5, 2006, at 2:00 p.m.**

2. A hearing addressing Plaintiffs' Motion to Shift Burden of Proof to Defendant, and the Motion <u>in limine</u> by the United States to Exclude the Richard Starke Notes will be held on **January 12, 2007**.

3. The parties will file their respective witness and exhibits lists (with amendments, if any, limited to those permitted or ordered by the Court), objections to exhibits, and a joint exhibit list, using the template provided by the Court, on or before **April 24, 2007**.

4. The parties will prepare and file a joint trial schedule, using the template provided by the Court, by no later than **April 24, 2007**.

5. The pretrial conference will be conducted on **May 1, 2007**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

6. Trial will commence on **May 7, 2007**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

/S/

**MARY ELLEN COSTER WILLIAMS**
**Judge**