IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K2 TRADING VENTURES LLC, ARI BERGMANN REVOCABLE TRUST, a partner other than the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1420T<br>Judge Mary Ellen Coster Williams |

**MOTION TO CHANGE ATTORNEY OF RECORD**

Plaintiff Ari Bergmann Revocable Trust, a partner other than the tax matters partner of K2 Trading Ventures, LLC, hereby moves pursuant to RCFC 83.1(c)(4) to change the attorney of record for Plaintiff from Felix B. Laughlin to Mark D. Allison. Both Mr. Allison and Mr. Laughlin are members of the law firm Dewey Ballantine LLP. Mr. Allison is admitted to practice before this Court.

Mr. Laughlin consents to this action.

Dated: January 5, 2007
New York, New York

Respectfully submitted,

/s/ Mark D. Allison___________
MARK D. ALLISON
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-259-6866
Facsimile: 212-259-6301

FELIX B. LAUGHLIN
JOHN F. COLLINS
*Attorneys for Ari Bergmann Revocable Trust*

CONSENT TO CHANGE OF ATTORNEY OF RECORD

I hereby consent to be removed as attorney of record for Plaintiff, Ari Bergmann Revocable Trust in favor of Mark D. Allison.

/s/ Felix B. Laughlin
FELIX B. LAUGHLIN
Dewey Ballantine LLP
1775 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: 202-862-1040
Facsimile: 202-862-1093

Date: January 5, 2007