# In the United States Court of Federal Claims

**No. 04-1420T**
**(Filed January 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE ATTORNEY OF RECORD**

---

On January 5, 2007, Plaintiff Ari Bergmann Revocable Trust filed with this Court a motion to change the attorney of record from Felix B. Laughlin to Mark D. Allison. Both Mr. Allison and Mr. Laughlin are members of the same law firm. Mr. Allison is admitted to practice before this Court, and has already made several appearances before the Court in this action. Good cause having been shown, Plaintiff's motion is hereby, **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**