# In the United States Court of Federal Claims

**No. 04-1420T**
**(Filed August 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**K2 TRADING VENTURES, LLC, NEW VISTA, LLC, TAX MATTERS PARTNER,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE TRIAL EXHIBITS

---

On August 14, 2008, Defendant, with the consent of Plaintiffs, orally moved to extend the time to file its trial exhibits with the Court. Good cause having been shown, Defendant's motion is hereby, **GRANTED**. The Court schedules the following:

1. Defendant shall file its trial exhibits with the Court no later than **August 29, 2008**.

2. A telephonic pretrial conference will be held on **September 9, 2008 at 2:00 P.M.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**