**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| K2 TRADING VENTURES, LLC<br>ARI BERGMANN REVOCABLE TRUST,<br>A Partner Other Than The<br>Tax Matters Partner, | ) | |
| Plaintiffs, | ) | Judge Mary Ellen Coster Williams |
| v. | ) | No. 04-1420 T |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To Clerk:

Please enter the appearance of Stuart J. Bassin, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:


STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Department of Justice
Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044


Dated: September 10, 2008.

*/s/ Stuart J. Bassin*


STUART J. BASSIN
Special Litigation Counsel
Office of Civil Litigation
U.S. Department of Justice
Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6418
Fax: (202) 307-2504
Stuart.J.Bassin@usdoj.gov